| | |
|---|---|
| Stephen M. Doniger (SBN 179314) | David A. Berstein (SBN 204472) |
| stephen@donigerlawfirm.com | david@bersteinlaw.com |
| Benjamin F. Tookey (SBN 330508) | J. R. Dimuzio (SBN 299803) |
| btookey@donigerlawfirm.com | jr@bersteinlaw.com |
| DONIGER / BURROUGHS | Kia Mojabe (SBN 336063) |
| 603 Rose Avenue | kia@bersteinlaw.com |
| Venice, California 90291 | BERSTEIN LAW, PC |
| Telephone: (310) 590-1820 | 4000 MacArthur Boulevard |
| | Suite 600 East Tower |
| | Newport Beach, California 92660 |
| | Tel. 949-783-4210 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Marc Schain d/b/a Second Street Optique* |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>SECOND STREET OPTIQUE, et al.,<br><br>    Defendants. | Case No. 2:24-cv-00236-JLS-SK<br><u>Hon. Josephine L. Staton Presiding</u><br><br>**JOINT STIPULATION TO DISMISS ACTION** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff August Image, LLC, and Defendant Marc Schain d/b/a Second Street Optique, hereby stipulate to the dismissal of this action without prejudice pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii).

<u>SO STIPULATED</u>.

Respectfully submitted,

Dated: July 26, 2024   By:   <u>/s/ Stephen M. Doniger</u>
Stephen M. Doniger, Esq.
Benjamin F. Tookey, Esq.
DONIGER / BURROUGHS
*Attorneys for Plaintiff*

Dated: July 26, 2024   By:   <u>/s/ David A. Berstein</u>
David A. Berstein, Esq.
J. R. Dimuzio, Esq.
Kia Mojabe, Esq.
BERSTEIN LAW, PC
*Attorneys for Defendant*

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.